IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIPT AND VERIFICATION

TO:                 WILLIAM T. NEARY, UNITED STATES TRUSTEE

CASE NAME:          **JAMES NORMAN VAN ELSEN & BETH ANN VAN ELSEN**

CASE NO.:           **08 B 09090**

I, **JAMES N. VAN ELSEN** DECLARE UNDER PENALTY OF

PERJURY THAT I AM THE DULY AUTHORIZED REPRESENTATIVE OF THE DEBTOR IN

POSSESSION DESIGNATED TO OPERATE THE BUSINESS OF

**JAMES N. & BETH ANN VAN ELSEN**, AND SUCH I HEREBY ACKNOWLEDGE RECEIPT

FROM THE UNTED STATES TRUSTEE OF THE OPERATING INSTRUCTIONS AND

REPORTING REQUIREMENTS. I HAVE READ AND UNDERSTAND THE INSTRUCTIONS

AND AGREE TO COMPLY WITH THEM.

SIGNED:   _____

DATED:    **January 28, 2009** _____

I, **GINA B. KROL** _____, COUNSEL FOR THE DEBTOR IN

POSSESSION, HAVE REVIEWED AND DISCUSSED THE OPERATING INSTRUCTIONS

AND REPORTING REQUIREMENTS WITH THE SIGNATORY ABOVE.

SIGNED:   _____

DATED:    _____

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **JAMES NORMAN VAN ELSEN**
**BETH ANN VAN ELSEN**                    CASE NO.    **08 B 09090**

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending        **January 28**        , 20 **09**

BEGINNING BALANCE IN ALL ACCOUNTS         $        **19,785.17**

RECEIPTS:
    1. Receipts from operations              $        **0.00**
    2. Other Receipts                        $        **8,631.29**

DISBURSEMENTS:
    3. Net payroll:
      a. Officers                           $        **0.00**
      b. Others                             $        **0.00**

    4. Taxes
      a. Federal Income Taxes               $        **0.00**
      b. FICA withholdings                  $        **0.00**
      c. Employee's withholdings            $        **0.00**
      d. Employer's FICA                    $        **0.00**
      e. Federal Unemployment Taxes         $        **0.00**
      f. State Income Tax                   $        **0.00**
      g. State Employee withholdings        $        **0.00**
      h. All other state taxes              $        **0.00**

    5. Necessary expenses:
      a. Rent or mortgage payments(s)       $        **4,356.08**
      b. Utilities                         $        **854.02**
      c. Insurance                         $        **436.81**
      d. Merchandise bought for manufacture or sale   $        **0.00**
      e. Other necessary expenses (specify)

        **Employee Expenses**          $        **3,719.95**

        **Other**          $        **14,252.37**

TOTAL DISBURSEMENTS                        $        **23,619.23**

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $        **-14,987.94**

ENDING BALANCE IN        **Harris Bank**          $        **592.29**
      (Name of Bank)

ENDING BALANCE IN        **Great Western Bank**          $        **4,204.94**
      (Name of Bank)
ENDING BALANCE IN ALL ACCOUNTS         $        **4,797.23**

OPERATING REPORT  Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **JAMES NORMAN VAN ELSEN**
**BETH ANN VAN ELSEN** CASE NO. **08 B 09090**

RECONCILIATIONS TO BANK STATEMENTS

FOR MONTH ENDING **January 28** , 20 **09**

Bank: **Harris Bank**

Location: **Chicago, IL**

Account Name: **James N. & Beth Ann Van Elsen (DIP)**

Account No.: **4803168962**

| | | | |
|---|---|---|---|
| Balance per Bank Statement | | | $3,673.94 |
| + Outstanding receipts: | | | |
| January 28, 2009 | Aetna Life | | $48.00 |
| - Outstanding payments: | | | |
| January 24, 2009 | GMAC | $519.44 | |
| January 27, 2009 | Northwestern Memorial Hospital | $637.47 | |
| January 27, 2009 | Presidential Towers | $1,215.25 | |
| January 27, 2009 | Red Rock Marina | $220.00 | |
| January 28, 2009 | ATM | $300.00 | |
| January 28, 2009 | Roccos Sports Bar | $14.32 | |
| January 28, 2009 | Amtrak | $47.70 | |
| January 28, 2009 | Medco | $75.00 | |
| January 28, 2009 | Smooth Away | $60.93 | |
| January 28, 2009 | CVS | $16.53 | |
| January 28, 2009 | Potbelly | $23.01 | $3,129.65 |
| Balance per Exhibit B | | | $592.29 |

## Harris - CHECKING (Harris) - Transactions     Print | Close Window

edit account | show password | chart - Last updated 25 minutes ago - Update

**Current Balance:** $3,673.94

### In Progress and Cleared Transactions

| Status | Date | Description | Category | Amount | Running Balance |
|--------|------|-------------|----------|--------|-----------------|
| posted | 01/27/2009 | DB-POS-PRESIDENT IAL MARKET Split | Uncategorized | -$22.14 | $3,673.94 |
| posted | 01/27/2009 | DB-POS-CVS 8731 Split | Uncategorized | -$10.00 | $3,696.08 |
| posted | 01/27/2009 | DP-PPD AETNA LIFE INS CU Split | Uncategorized | $178.25 | $3,706.08 |
| posted | 01/27/2009 | DB-POS-PRESIDENT IAL MARKET Split | Uncategorized | -$50.54 | $3,527.83 |
| posted | 01/26/2009 | DB-POS-MEDCO HEALTH NETPK Split | Uncategorized | -$125.00 | $3,578.37 |
| posted | 01/26/2009 | DM-DDA DEBIT Split | Uncategorized | -$1,300.00 | $3,703.37 |
| posted | 01/22/2009 | DB-WEB CARDMEMBER SVCS ON Split | Uncategorized | -$500.00 | $5,003.37 |
| posted | 01/22/2009 | DB-POS-PRESIDENT IAL MARKET Split | Uncategorized | -$38.70 | $5,503.37 |
| posted | 01/21/2009 | DB-POS-PANDA EXPRESS 1370 Split | Uncategorized | -$37.63 | $5,542.07 |
| posted | 01/21/2009 | DB-POS-ASPCA PS Split | Uncategorized | -$18.00 | $5,579.70 |
| posted | 01/21/2009 | DP-PPD AETNA LIFE INS CU Split | Uncategorized | $428.60 | $5,597.70 |
| posted | 01/21/2009 | DB-POS-INTUIT PROSERIES Split | Uncategorized | -$212.50 | $5,169.10 |
| posted | 01/20/2009 | DB-POS-ROCCOS SPORTS BAR Split | Uncategorized | -$33.06 | $5,381.60 |
| posted | 01/20/2009 | DB-POS-BT ONLINE Split | Uncategorized | -$4.99 | $5,414.66 |
| posted | 01/20/2009 | DB-POS-CVS 8731 Split | Uncategorized | -$25.61 | $5,419.65 |
| posted | 01/20/2009 | DB-BT ONLINE Split | Uncategorized | -$0.14 | $5,445.26 |
| posted | 01/20/2009 | DB-POS-ONSTAR CALLING MINUT Split | Uncategorized | -$44.59 | $5,445.40 |
| posted | 01/20/2009 | DB-POS-PRESIDENT IAL MARKET Split | Uncategorized | -$59.38 | $5,489.99 |
| posted | 01/15/2009 | DB-POS-MEDCO HEALTH NETPK Split | Uncategorized | -$50.00 | $5,549.37 |
| posted | 01/15/2009 | DP-PPD OLIVER WYMAN ACT DI Split | Uncategorized | $1,893.12 | $5,599.37 |
| posted | 01/13/2009 | DB-POS-BOSTON S THE GOURMET Split | Uncategorized | -$31.07 | $3,706.25 |
| posted | 01/13/2009 | IP-IOD INTEREST PAID Split | Uncategorized | $0.19 | $3,737.32 |
| posted | 01/13/2009 | DB-PPD RCN TE Split | Uncategorized | -$132.05 | $3,737.13 |
| posted | 01/13/2009 | DB-POS-TGT TARGET COM Split | Uncategorized | -$124.31 | $3,869.18 |
| posted | 01/13/2009 | DP-DDA DEPOSIT Split | Uncategorized | $765.60 | $3,993.49 |
| posted | 01/13/2009 | DB-POS-PANDA EXPRESS 1370 Split | Uncategorized | -$39.30 | $3,227.89 |
| posted | 01/13/2009 | DB-POS-GPM SNUGGIE Split | Uncategorized | -$86.70 | $3,267.19 |
| posted | 01/12/2009 | DB-POS-STELLAS BLUE SKY DIN Split | Uncategorized | -$22.04 | $3,353.89 |
| posted | 01/12/2009 | DB-POS-TACO CASA INC Split | Uncategorized | -$15.21 | $3,375.93 |
| posted | 01/12/2009 | DB-POS-MI MEXICO Split | Uncategorized | -$28.50 | $3,391.14 |
| posted | 01/12/2009 | DB-POS-HY VEE 1516 Split | Uncategorized | -$23.00 | $3,419.64 |
| posted | 01/12/2009 | DB-PPD AON INSURANCE AO Split | Uncategorized | -$142.00 | $3,442.64 |
| posted | 01/12/2009 | DB-PPD PROV L&A DIS OP IN Split | Uncategorized | -$41.94 | $3,584.64 |
| posted | 01/12/2009 | DB-POS-MR C S FAMILY RESTAU Split | Uncategorized | -$14.66 | $3,626.58 |
| posted | 01/12/2009 | DB-PPD AON INSURANCE AO Split | Uncategorized | -$175.00 | $3,641.24 |
| posted | 01/12/2009 | DB-POS-NS NUTRI SYSTEM Split | Uncategorized | -$277.41 | $3,816.24 |
| posted | 01/12/2009 | DB-POS-HY VEE 1889 Split | Uncategorized | -$67.15 | $4,093.65 |

| posted | 01/12/2009 | DP-PPD MCG, INC. MM Split | Uncategorized | $1,333.06 | $4,160.80 |
|--------|-----------|---------------------------|---------------|-----------|-----------|
| posted | 01/12/2009 | DB-CS CORRODE COM Split | Uncategorized | -$0.97 | $2,827.74 |
| posted | 01/12/2009 | DB-POS-KUM GO 157 Split | Uncategorized | -$33.55 | $2,828.71 |
| posted | 01/12/2009 | DB-POS-DAHL S 156TH Split | Uncategorized | -$29.48 | $2,862.26 |
| posted | 01/12/2009 | DB-POS-CS CORRODE COM Split | Uncategorized | -$34.62 | $2,891.74 |
| posted | 01/12/2009 | DB-POS-STELLAS BLUE SKY DIN Split | Uncategorized | -$34.58 | $2,926.36 |
| posted | 01/09/2009 | DB-POS-OFFICE DEPOT Split | Uncategorized | -$21.19 | $2,960.94 |
| posted | 01/09/2009 | DB-WEB AMERICAN EXPRESS ON Split | Uncategorized | -$1,200.00 | $2,982.13 |
| posted | 01/09/2009 | DB-POS-HY VEE 1889 Split | Uncategorized | -$100.59 | $4,182.13 |
| posted | 01/09/2009 | DB-POS-KUM GO 121 Split | Uncategorized | -$27.61 | $4,282.72 |
| posted | 01/09/2009 | DB-POS-THAI BASIL GRINNELL Split | Uncategorized | -$28.50 | $4,310.33 |
| posted | 01/07/2009 | DB-POS-TACO CASA INC Split | Uncategorized | -$18.66 | $4,338.83 |
| posted | 01/07/2009 | DB-POS-GRANITE CITY F B Split | Uncategorized | -$23.86 | $4,357.49 |
| posted | 01/06/2009 | DB-POS-KUM GO 121 Split | Uncategorized | -$13.40 | $4,381.35 |
| posted | 01/06/2009 | DB-POS-ONSTAR SUBSCRIPTION Split | Uncategorized | -$18.95 | $4,394.75 |
| posted | 01/05/2009 | DB-PPD PRESIDENTIAL TOW 38 Split | Uncategorized | -$1,212.23 | $4,413.70 |
| posted | 01/02/2009 | DB-PPD PAUL REVERE LIFE IN Split | Uncategorized | -$149.67 | $5,625.93 |
| | | | **Overall Transaction Total** | **-$2,101.66** | |

If you know that there are duplicated or erroneous transactions on this page, you can manually reconcile them.
Add manual transactions

**Account Overview**

**Account:**
 Harris - CHECKING (Harris)
**Account Number:**
 xxxxxx8962
**Account Type:**
 Checking

**Available Balance:**
 $3,184.45
**Current Balance:**
 $3,673.94

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |  |
|---|---|---|---|
| CASE NAME: | **JAMES NORMAN VAN ELSEN** | | |
| | **BETH ANN VAN ELSEN** | CASE NO. | **08 B 09090** |

RECONCILIATIONS TO BANK STATEMENTS

FOR MONTH ENDING    **January 28**    , 20  **09**

Bank:            **Great Western Bank**

Location:        **Carlisle, IA**

Account Name:    **James N. & Beth Ann Van Elsen (DIP)**

Account No.:     **4529457527**

| | | | | |
|---|---|---|---|---|
| Balance per Bank Statement | | | | $9,768.68 |
| - Outstanding payments: | | | | |
| | January 24, 2009 | Erickson Dental | $345.00 | |
| | January 24, 2009 | Pella Regional Medical Center | $574.17 | |
| | January 24, 2009 | US Bank | $500.00 | |
| | January 24, 2009 | Treasurer, Dallas County | $143.50 | |
| | January 24, 2009 | Treasurer, Jasper County | $262.50 | |
| | January 25, 2009 | Pella Storage | $118.30 | |
| | January 26, 2009 | Amtrak | $47.70 | |
| | January 27, 2009 | Reassure America | $310.87 | |
| | January 27, 2009 | QWest | $173.75 | |
| | January 27, 2009 | ATM | $300.00 | |
| | January 27, 2009 | American Express | $2,519.95 | |
| | January 27, 2009 | Nextag | $618.53 | $5,914.27 |
| + Great Western Savings | | | | $350.53 |
| Balance per Exhibit B | | | | $4,204.94 |

Contact                Info                Exit



| Online Banking | Bill Pay | Online Statements | Options |
| Accounts | »Transactions | Transfers | Statements |
| »Current Transactions | Download | Search | |

**View Transactions for:** Checking                                        **Current Balance: 9,768.68**

Transactions from 01/13/2009 to 01/28/2009        ?        View Range: <u>Since Last Statement</u> | <u>7 Days</u> | 15 Days | <u>30 Days</u>

| Date: ▽ | Ref/Check No. | Description: | Debit: | Credit: | Balance: |
|---|---|---|---|---|---|
| 01/27/2009 | 127090767 | Trsf from Savings | | 4,000.00 | 9,768.68 |
| | | Confirmation number 127090767 | | | |
| 01/26/2009 | 2117 | Check 2117 | (33.80) | | 5,768.68 |
| 01/26/2009 | 2123 | Check 2123 | (63.20) | | 5,802.48 |
| 01/26/2009 | 2118 | Check 2118 | (360.49) | | 5,865.68 |
| 01/26/2009 | 2116 | Check 2116 | (387.34) | | 6,226.17 |
| 01/26/2009 | | POS PUR. 01/24/09 | (10.40) | | 6,613.51 |
| | | KUM & GO #157 | | | |
| | | URBANDALE IA | | | |
| 01/26/2009 | | POS PUR. 01/24/09 | (21.66) | | 6,623.91 |
| | | FAREWAY STORES INC LANE 6 | | | |
| | | URBANDALE IA | | | |
| 01/26/2009 | | POS PUR. 01/24/09 | (23.61) | | 6,645.57 |
| | | STELLAS BLUE SKY DINER | | | |
| | | URBANDALE IA | | | |
| 01/26/2009 | | POS PUR. 01/24/09 | (43.24) | | 6,669.18 |
| | | BOSTON'S-THE GOURMET P | | | |
| | | CLIVE IA | | | |
| 01/26/2009 | | POS PUR. 01/24/09 | (72.06) | | 6,712.42 |
| | | TARGET T1791 URBANDALE | | | |
| | | URBANDALE IA | | | |
| 01/26/2009 | | POS PUR. 01/24/09 | (101.27) | | 6,784.48 |
| | | TARGET T1791 URBANDALE | | | |
| | | URBANDALE IA | | | |
| 01/26/2009 | | POS PUR. 01/24/09 | (146.69) | | 6,885.75 |
| | | AVONDALE ANIMAL HOSPIT | | | |
| | | DES MOINES IA | | | |
| 01/26/2009 | | ATM W/D. 01/23/09 | (300.00) | | 7,032.44 |
| | | GREAT WESTERN BANK-SCHOOL | | | |
| | | CARLISLE IA | | | |
| 01/25/2009 | | INTEREST DEPOSIT | | 0.07 | 7,332.44 |
| 01/23/2009 | | POS PUR. 01/23/09 | (42.00) | | 7,332.37 |
| | | IOWA SCHOOL OF BEAUTY, | | | |
| | | DES MOINES IA | | | |
| 01/22/2009 | 2115 | Check 2115 | (271.59) | | 7,374.37 |
| 01/22/2009 | | POS PUR. 01/21/09 | (14.50) | | 7,645.96 |
| | | KUM & GO #157 | | | |
| | | URBANDALE IA | | | |
| 01/21/2009 | 2302 | Check 2302 | (471.70) | | 7,660.46 |
| 01/21/2009 | | POS PUR. 01/20/09 | (27.52) | | 8,132.16 |
| | | HOBBY-LOBBY #0201 | | | |
| | | DES MOINES IA | | | |
| 01/21/2009 | | POS PUR. 01/20/09 | (32.60) | | 8,159.68 |
| | | KUM & GO #777 | | | |
| | | URBANDALE IA | | | |
| 01/21/2009 | | POS PUR. 01/20/09 | (225.29) | | 8,192.28 |
| | | NEWTON ANIMAL CLINIC | | | |
| | | NEWTON IA | | | |
| 01/20/2009 | 2111 | Check 2111 | (17.20) | | 8,417.57 |
| 01/20/2009 | 2108 | Check 2108 | (90.00) | | 8,434.77 |
| 01/20/2009 | 2114 | Check 2114 | (846.00) | | 8,524.77 |
| 01/20/2009 | | CELLULAR U.S. CELLULAR | (127.94) | | 9,370.77 |
| | | PPD | | | |
| 01/20/2009 | | POS PUR. 01/20/09 | (260.53) | | 9,498.71 |
| | | WAL-MART SUPER CENTER | | | |
| | | NEWTON IA | | | |
| 01/20/2009 | | ATM W/D. 01/19/09 | (300.00) | | 9,759.24 |
| | | GREAT WESTERN BANK | | | |
| | | CLIVE IA | | | |
| 01/19/2009 | | POS PUR. 01/17/09 | (18.99) | | 10,059.24 |
| | | HY VEE 1516 SAE | | | |
| | | PELLA IA | | | |
| 01/19/2009 | | POS PUR. 01/18/09 | (20.44) | | 10,078.23 |

| Date | Check # | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | | STELLAS BLUE SKY DINER | | | |
| | | URBANDALE IA | | | |
| 01/19/2009 | | POS PUR. 01/16/09 | (20.50) | | 10,098.67 |
| | | CASEYS #0002598 | | | |
| | | PELLA IA | | | |
| 01/16/2009 | 2113 | Check 2113 | (76.32) | | 10,119.17 |
| 01/16/2009 | 2110 | Check 2110 | (233.54) | | 10,195.49 |
| 01/16/2009 | | POS PUR. 01/15/09 | (5.29) | | 10,429.03 |
| | | HOBBY-LOBBY #0201 | | | |
| | | DES MOINES IA | | | |
| 01/15/2009 | | POS PUR. 01/14/09 | (2.13) | | 10,434.32 |
| | | THE HOME DEPOT #2115 | | | |
| | | URBANDALE IA | | | |
| 01/15/2009 | | POS PUR. 01/15/09 | (19.24) | | 10,436.45 |
| | | KIN FOLKS TEXAS STYLE | | | |
| | | ALTONNA IA | | | |
| 01/15/2009 | | POS PUR. 01/14/09 | (31.79) | | 10,455.69 |
| | | THE HOME DEPOT #2115 | | | |
| | | URBANDALE IA | | | |
| 01/15/2009 | | DIR DEP OLIVER WYMAN ACT | | 4,500.00 | 10,487.48 |
| | | PPD | | | |
| 01/14/2009 | 2112 | Check 2112 | (29.01) | | 5,987.48 |
| 01/14/2009 | | POS PUR. 01/14/09 | (42.99) | | 6,016.49 |
| | | THE HOME DEPOT #2115 | | | |
| | | URBANDALE IA | | | |
| 01/13/2009 | 2098 | Check 2098 | (310.87) | | 6,059.48 |
| 01/13/2009 | | POS PUR. 01/12/09 | (45.00) | | 6,370.35 |
| | | MID TOWN CAFE | | | |
| | | NEWTON IA | | | |

| Totals (this page): Transactions: 41 | | Debits: | (5,146.74) | Credits: | 8,500.07 |



Contact          Info          Exit

**Great Western Bank** | **Online Banking**
Making Life Great    Member FDIC

Online Banking       Bill Pay       Online Statements       Options
        Accounts       »Transactions       Transfers       Statements
»Current Transactions    Download       Search

**View Transactions for:** Savings                                    **Current Balance: 350.53**

Transactions from 01/13/2009 to 01/28/2009       ?       View Range:   Since Last Statement  |  7 Days  |  15 Days  |  30 Days

| Date: ▽ | Ref/Check No. | Description: | Debit: | Credit: | Balance: |
|---|---|---|---|---|---|
| 01/27/2009 | 127090767 | Transf to Checking | (4,000.00) | | 350.53 |
| | | Confirmation number 127090767 | | | |
| 01/15/2009 | | DIR DEP OLIVER WYMAN ACT | | 250.00 | 4,350.53 |
| | | PPD | | | |
| **Totals (this page): Transactions: 2** | | | **Debits:** (4,000.00) | **Credits:** 250.00 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JAMES NORMAN VAN ELSEN**

CASE NAME: **BETH ANN VAN ELSEN**                CASE NO. **08 B 09090**

RECEIPTS LISTING

FOR MONTH ENDING     **January 28**     , 20 **09**

Bank: **Harris Bank**

Location: **Chicago, IL**

Account Name: **James N. & Beth Ann Van Elsen (DIP)**

Account No.: **4803168962**

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| **January 12** | **Expense Reimbursements - Oliver Wyman** | **$1,333.06** |
| **January 13** | **In - Harris Bank** | **$765.60** |
| **January 13** | **Interest - Harris Bank** | **$0.19** |
| **January 15** | **Payroll - Oliver Wyman** | **$1,893.12** |
| **January 21** | **Medical Reimbursements - Aetna Life** | **$428.60** |
| **January 27** | **Medical Reimbursements - Aetna Life** | **$178.25** |
| | **- Outstanding Receipts** | |
| **January 28** | **Medical Reimbursements - Aetna Life** | **$48.00** |

TOTAL:     **$4,646.82**

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   **JAMES NORMAN VAN ELSEN**
**BETH ANN VAN ELSEN**          CASE NO.            **08 B 09090**

## RECEIPTS LISTING

FOR MONTH ENDING          **January 28**          , 20   **09**

Bank:   **Harris Bank**

Location:   **Chicago, IL**

Account Name:   **Sarah Ann Van Elsen**

Account No.:   **4802633971**

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| **January 13** | **Out - Harris Bank** | **-$765.60** |

TOTAL:   **-$765.60**

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **JAMES NORMAN VAN ELSEN**
**BETH ANN VAN ELSEN**   CASE NO. **08 B 09090**

## RECEIPTS LISTING

FOR MONTH ENDING **January 28** , 20 **09**

Bank: **Great Western Bank**

Location: **Carlisle, IA**

Account Name: **James N. & Beth Ann Van Elsen (DIP)**

Account No.: **4529457527**

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| **January 15** | **Payroll - Oliver Wyman** | **$4,500.00** |
| **January 25** | **Interest - Great Western Bank** | **$0.07** |
| **January 27** | **In - Great Western Bank** | **$4,000.00** |

TOTAL: **$8,500.07**

Receipts may be identified by major categories. It is not necessary to list each transaction
separately by name of customer or invoice number. You must, however, create a separate list for
each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JAMES NORMAN VAN ELSEN**

CASE NAME:   **BETH ANN VAN ELSEN**          CASE NO. _____ **08 B 09090** _____

## RECEIPTS LISTING

FOR MONTH ENDING _____ **January 28** _____ , 20 **09** _____

Bank:   **Great Western Bank - Savings** _____

Location:   **Carlisle, IA** _____

Account Name:   **James N. & Beth Ann Van Elsen (DIP)** _____

Account No.:   **091408734** _____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| **January 15** | **Payroll - Oliver Wyman** | **$250.00** |
| **January 27** | **Out - Great Western Bank** | **-$4,000.00** |

TOTAL:   _____ **-$3,750.00**

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JAMES NORMAN VAN ELSEN**

CASE NAME:   **BETH ANN VAN ELSEN**          CASE NO.          **08 B 09090**

DISBURSEMENT LISTING

FOR MONTH ENDING          **January 28**          , 20   **09**

Bank:          **Harris Bank**

Location:          **Chicago, IL**

Account Name:          **James N. & Beth Ann Van Elsen (DIP)**

Account No.:          **4803168962**

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| January 2 | | Life & DI Insurance - Paul Revere Life | $149.67 |
| January 5 | | Rent - Presidential Towers | $1,212.23 |
| January 6 | | Car Expenses - OnStar | $18.95 |
| January 6 | | Gas - Kum & Go | $13.40 |
| January 7 | | Restaurants - Granite City | $23.86 |
| January 7 | | Restaurants - Taco Casa | $18.66 |
| January 9 | | Groceries - Hy-Vee | $100.59 |
| January 9 | | Restaurants - Thai Basil | $28.50 |
| January 9 | | Groceries - Kum & Go | $27.61 |
| January 9 | | Personal - Office Depot | $21.19 |
| January 9 | | Employee Expenses - American Express | $1,200.00 |
| January 12 | | Computer Expenses - Corrode | $0.97 |
| January 12 | | Groceries - NutriSystem | $277.41 |
| January 12 | | Groceries - Hy-Vee | $67.15 |
| January 12 | | Computer Expenses - Corrode | $34.62 |
| January 12 | | Restaurants - Stella's Blue Sky Diner | $34.58 |
| January 12 | | Gas - Kum & Go | $33.55 |
| January 12 | | Groceries - Dahl's | $29.48 |
| January 12 | | Restaurants - Mi Mexico | $28.50 |
| January 12 | | Medical - Hy-Vee Pharmacy | $23.00 |
| January 12 | | Restaurants - Stella's Blue Sky Diner | $22.04 |
| January 12 | | Restaurants - Taco Casa | $15.21 |
| January 12 | | Restaurants - Mr. C's | $14.66 |
| January 12 | | Life & DI Insurance - AON Insurance | $175.00 |
| January 12 | | Life & DI Insurance - AON Insurance | $142.00 |
| January 12 | | Life & DI Insurance - Provident Life & Accident | $41.94 |
| January 13 | | Personal - Target | $124.31 |
| January 13 | | Personal - Snuggie | $86.70 |
| January 13 | | Restaurants - Panda Express | $39.30 |
| January 13 | | Restaurants - Boston's | $31.07 |
| January 13 | | Utilities - RCN | $132.05 |
| | | From Page 2 | $5,661.93 |
| | | TOTAL: | $9,830.13 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JAMES NORMAN VAN ELSEN**
CASE NAME:      **BETH ANN VAN ELSEN**        CASE NO.        **08 B 09090**

DISBURSEMENT LISTING

FOR MONTH ENDING        **January 28**        , 20   **09**

Bank:             **Harris Bank (Page 2)**

Location:         **Chicago, IL**

Account Name:     **James N. & Beth Ann Van Elsen (DIP)**

Account No.:      **4803168962**

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| January 15 | | Medical - Medco | $50.00 |
| January 20 | | Computer Expenses - BT | $0.14 |
| January 20 | | Groceries - Presidential Towers Market | $59.38 |
| January 20 | | Utilities - OnStar | $44.59 |
| January 20 | | Restaurants - Roccos Sports Bar | $33.06 |
| January 20 | | Medical - CVS | $25.61 |
| January 20 | | Computer Expenses - BT | $4.99 |
| January 21 | | Computer Expenses - Intuit | $212.50 |
| January 21 | | Medical - Panda Express | $37.63 |
| January 21 | | Charity - ASPCA | $18.00 |
| January 22 | | Groceries - Presidential Towers Market | $38.70 |
| January 22 | | Sarah - US Bank | $500.00 |
| January 26 | | Bankruptcy Costs - United States Trustee | $1,300.00 |
| January 26 | | Medical - Medco | $125.00 |
| January 27 | | Groceries - Presidential Towers Market | $50.54 |
| January 27 | | Groceries - Presidential Towers Market | $22.14 |
| January 27 | | Medical - CVS | $10.00 |
| | | - Outstanding Payments | |
| January 24 | | Car Payments - GMAC | $519.44 |
| January 27 | | Medical - Northwestern Memorial Hospital | $637.47 |
| January 27 | | Rent - Presidential Towers | $1,215.25 |
| January 27 | | Personal - Red Rock Marina | $220.00 |
| January 28 | | Cash - ATM | $300.00 |
| January 28 | | Restaurants - Roccos Sports Bar | $14.32 |
| January 28 | | Amtrak - Amtrak | $47.70 |
| January 28 | | Medical - Medco | $75.00 |
| January 28 | | Personal - Smooth Away | $60.93 |
| January 28 | | Medical - CVS | $16.53 |
| January 28 | | Restaurants - Potbelly | $23.01 |

TOTAL:   **$5,661.93**

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JAMES NORMAN VAN ELSEN**

CASE NAME:    **BETH ANN VAN ELSEN**    CASE NO.    **08 B 09090**

## DISBURSEMENT LISTING

FOR MONTH ENDING    **January 28**    , 20   **09**

Bank:    **Harris Bank**

Location:    **Chicago, IL**

Account Name:    **Sarah Ann Van Elsen**

Account No.:    **4802633971**

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| **January 8** | | **Computer Expenses - Phibi** | **$1.12** |
| **January 8** | | **Computer Expenses - Phibi** | **$39.95** |
| **January 9** | | **Computer Expenses - Member Assistant** | **$0.98** |
| **January 9** | | **Computer Expenses - Member Assistant** | **$34.95** |
| **January 13** | | **Computer Expenses - Phibi** | **$37.89** |

TOTAL:    **$114.89**

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JAMES NORMAN VAN ELSEN**

CASE NAME:     **BETH ANN VAN ELSEN**          CASE NO.          **08 B 09090**

DISBURSEMENT LISTING

FOR MONTH ENDING          **January 28**          , 20    **09**

Bank:          **Great Western Bank**

Location:          **Carlisle, IA**

Account Name:          **James N. & Beth Ann Van Elsen (DIP)**

Account No.:          **4529457527**

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| January 2 | | Sarah - US Bank | $188.85 |
| January 2 | | Utilities - QWest | $75.09 |
| January 2 | | Life & DI Insurance - Insurance Administration | $33.80 |
| January 5 | | Cash - ATM | $300.00 |
| January 5 | | Car Expenses - Shottenkirk Chevrolet | $35.46 |
| January 5 | | Restaurants - Machine Shed | $33.26 |
| January 5 | | Gas - Kum & Go | $20.50 |
| January 5 | | Car Payments - GMAC | $519.44 |
| January 5 | | Rent - Pella Storage | $118.30 |
| January 5 | | Medical - Pella Regional Medical Center | $47.80 |
| January 6 | | Rent - CDM Rentals | $846.00 |
| January 7 | | Life & DI Insurance - Lincoln National | $33.90 |
| January 12 | | Cash - ATM | $300.00 |
| January 12 | | Gas - Kum & Go | $16.00 |
| January 12 | | Medical - Work Systems Rehabiliation | $44.80 |
| January 13 | | Restaurants - Mid Town Café | $45.00 |
| January 13 | | Life & DI Insurance - Reassure America | $310.87 |
| January 14 | | Household - The Home Depot | $42.99 |
| January 14 | | Utilities - Urbandale Water | $29.01 |
| January 15 | | Household - The Home Depot | $31.79 |
| January 15 | | Restaurants - Kin Folks | $19.24 |
| January 15 | | Household - The Home Depot | $2.13 |
| January 16 | | Personal - Hobby Lobby | $5.29 |
| January 16 | | Medical - Pella Regional Medical Center | $233.54 |
| January 16 | | Insurance - Progressive Insurance | $76.32 |
| January 19 | | Gas - Casey's | $20.50 |
| January 19 | | Restaurants - Stella's Blue Sky Diner | $20.44 |
| January 19 | | Groceries - Hy-Vee | $18.99 |
| January 20 | | Cash - ATM | $300.00 |
| January 20 | | Personal - Wal-Mart | $260.53 |
| | | From Page 2 | $6,032.14 |
| | | From Page 3 | $3,612.23 |
| | | TOTAL: | $13,674.21 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JAMES NORMAN VAN ELSEN**

CASE NAME: **BETH ANN VAN ELSEN**          CASE NO.          **08 B 09090**

DISBURSEMENT LISTING

FOR MONTH ENDING          **January 28**          , 20    **09**

Bank:          **Great Western Bank (Page 2)**

Location:          **Carlisle, IA**

Account Name:          **James N. & Beth Ann Van Elsen (DIP)**

Account No.:          **4529457527**

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| January 20 | | Utilities - US Cellular | $127.94 |
| January 20 | | Rent - CDM Rentals | $846.00 |
| January 20 | | Household - Affordable Lawn Care | $90.00 |
| January 20 | | Medical - Pella Regional Medical Center | $17.20 |
| January 21 | | Pets - Newton Animal Clinic | $225.29 |
| January 21 | | Gas - Kum & Go | $32.60 |
| January 21 | | Personal - Hobby Lobby | $27.52 |
| January 21 | | Household - Clean Master | $471.70 |
| January 22 | | Gas - Kum & Go | $14.50 |
| January 22 | | Utilities - Mid America Energy | $271.59 |
| January 23 | | Personal - Iowa School of Beauty | $42.00 |
| January 26 | | Cash - ATM | $300.00 |
| January 26 | | Pets - Avondale Animal Hospital | $146.69 |
| January 26 | | Personal - Target | $101.27 |
| January 26 | | Personal - Target | $72.06 |
| January 26 | | Restaurants - Boston's | $43.24 |
| January 26 | | Restaurants - Stella's Blue Sky Diner | $23.61 |
| January 26 | | Groceries - Fareway | $21.66 |
| January 26 | | Gas - Kum & Go | $10.40 |
| January 26 | | Car Payments - GMAC | $387.34 |
| January 26 | | Insurance - General Casualty | $360.49 |
| January 26 | | Car Expenses - Mahaska County | $63.20 |
| January 26 | | Life & DI Insurance - Insurance Administration | $33.80 |
| | | - Outstanding Payments | |
| January 24 | | Medical - Erickson Dental | $345.00 |
| January 24 | | Medical - Pella Regional Medical Center | $574.17 |
| January 24 | | Sarah - US Bank | $500.00 |
| January 24 | | Car Expenses - Treasurer, Dallas County | $143.50 |
| January 24 | | Car Expenses - Treasurer, Jasper County | $262.50 |
| January 25 | | Rent - Pella Storage | $118.30 |
| January 26 | | Amtrak - Amtrak | $47.70 |
| January 27 | | Life & DI Insurance - Reassure America | $310.87 |
| | | TOTAL: | $6,032.14 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JAMES NORMAN VAN ELSEN**

CASE NAME:      **BETH ANN VAN ELSEN**          CASE NO.          **08 B 09090**

## DISBURSEMENT LISTING

FOR MONTH ENDING          **January 28**          , 20    **09**

Bank:          **Great Western Bank (Page 3)**

Location:          **Carlisle, IA**

Account Name:          **James N. & Beth Ann Van Elsen (DIP)**

Account No.:          **4529457527**

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| **January 27** | | **Utilities - QWest** | **$173.75** |
| **January 27** | | **Cash - ATM** | **$300.00** |
| **January 27** | | **Employee Expenses - American Express** | **$2,519.95** |
| **January 27** | | **Computer Expenses - Nextag** | **$618.53** |

TOTAL:    **$3,612.23**

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:    **JAMES NORMAN VAN ELSEN**
**BETH ANN VAN ELSEN**    CASE NO.    **08 B 09090**

DISBURSEMENT LISTING

FOR MONTH ENDING    **January 28**    , 20    **09**

Bank:    **Great Western Bank - Savings**

Location:    **Carlisle, IA**

Account Name:    **James N. & Beth Ann Van Elsen (DIP)**

Account No.:    **091408734**

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | | |

TOTAL:    **$0.00**

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   **JAMES NORMAN VAN ELSEN**
**BETH ANN VAN ELSEN**   CASE NO.   **08 B 09090**

FOR MONTH ENDING   **January 28**   , 20   **09**

STATEMENT OF INVENTORY

| | | |
|---|---|---|
| Beginning inventory | $ | **0.00** |
| Add: purchases | $ | **0.00** |
| Less: goods sold (cost basis) | $ | **0.00** |
| Ending inventory | $ | **0.00** |

PAYROLL INFORMATION STATEMENT

| | | |
|---|---|---|
| Gross payroll for this period | $ | **0.00** |
| Payroll taxes due but unpaid | $ | **0.00** |

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| **GMAC** | **January 28** | **$387.34** | **0** | **$0.00** |

* Include only post-petition payments.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   **JAMES NORMAN VAN ELSEN**
**BETH ANN VAN ELSEN**                    CASE NO.    **08 B 09090**

FOR MONTH ENDING _____ **January 28** _____ , 20 **09**

<u>STATEMENT OF AGED RECEIVABLES</u>

ACCOUNTS RECEIVABLE

| | | |
|---|---|---|
| Beginning of month balance | $ | **0.00** |
| Add: sales on account | $ | **0.00** |
| Less: collections | $ | **0.00** |
| End of month balance | $ | **0.00** |

| 0 - 30<br>Days | 31 - 60<br>Days | 61 - 90<br>Days | Over 90<br>Days | End of Month<br>TOTAL |
|---|---|---|---|---|
| $    **0.00** | $    **0.00** | $    **0.00** | $    **0.00** | $    **0.00** |

<u>STATEMENT OF ACCOUNTS PAYABLE</u> (POST-PETITION)

| | | |
|---|---|---|
| Beginning of month balance | $ | **0.00** |
| Add: credit extended | $ | **0.00** |
| Less: payments of account | $ | **0.00** |
| End of month balance | $ | **0.00** |

| 0 - 30<br>Days | 31 - 60<br>Days | 61 - 90<br>Days | Over 90<br>Days | End of Month<br>TOTAL |
|---|---|---|---|---|
| $    **0.00** | $    **0.00** | $    **0.00** | $    **0.00** | $    **0.00** |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:     **JAMES NORMAN VAN ELSEN**      CASE NO. _____ **08 B 09090** _____
              **BETH ANN VAN ELSEN**

FOR MONTH ENDING _____ **January 28** _____ , 20 __ **09** __

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1.   Federal Income Taxes        Yes **(X)**        No ( )

2.   FICA withholdings           Yes **(X)**        No ( )

3.   Employee's withholdings     Yes **(X)**        No ( )

4.   Employer's FICA             Yes **(X)**        No ( )

5.   Federal Unemployment Taxes  Yes **(X)**        No ( )

6.   State Income Tax            Yes **(X)**        No ( )

7.   State Employee withholdings Yes **(X)**        No ( )

8.   All other state taxes       Yes **(X)**        No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

| Form 6123 | Department of the Treasury-Internal Revenue Service |
|---|---|
| (Rev. 06-97) | **Verification of Fiduciary's Federal Tax Deposit** |

### Do not attach this Notice to your Return

| TO | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
|---|---|
| FROM: | Name of Taxpayer<br>**James N. Van Elsen** |
| | Taxpayer Address<br>**605 West Madison, #4609, Chicago, IL 60661** |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1 | **Form 941 Federal Tax Deposit (FTD) Information** | | |
|---|---|---|---|
| | for the payroll period from | **January 1** | to |
| | Payroll date | **January 28** | |
| Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | | | |
| | Gross wages paid to employees | $ | **0.00** |
| | Income tax withheld | $ | **0.00** |
| | Social Security (Employer's plus Employee's share of Social Security tax) | $ | **0.00** |
| | Tax Deposited | $ | **0.00** |
| | Date Deposited | | **N/A** |

| Section 2 | **Form 940 Federal Tax Deposit (FTD) Information** | | |
|---|---|---|---|
| | for the payroll period from | **January 1** to | **January 28** |
| Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | | | |
| | Gross wages paid to employees | $ | **0.00** |
| | Tax Deposited | $ | **0.00** |
| | Date Deposited | | **N/A** |

### Certification
### (Certification is limited to receipt or electronic transmittal of deposit only)

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method (check box) | □ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>□ Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941) Taxes **$0.00** | Date of Deposit **N/A** | EFTPS acknowledgement number or Form 8109 FTD received by: |
| Amount (Form 940) Taxes **$0.00** | Date of Deposit **N/A** | EFTPS acknowledgement number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: | Name and Address of Bank | |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

| Signed: *[signature]* | Date: **January 28, 2009** |
|---|---|
| Name and Title (print or type) | **James N. Van Elsen** |

| Cat. #43099Z | Form **6123** (rev. 06-97) |